# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA            PLAINTIFF

VS.            CRIMINAL NO.: 4:19cr153-SA-JMV-1

CHRISTOPHER WADE            DEFENDANT

## ORDER DENYING BOND

This matter came before the court on Defendant's Motion for Bond, Docket [57]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals pending trial before United States District Judge Sharion Aycock.

SO ORDERED, this the 4th day of March, 2021.

           /s/ Jane M. Virden
           UNITED STATES MAGISTRATE JUDGE